# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE Division

UNITED STATES OF AMERICA

V.

C'Dar Baun

JUDGMENT OF ACQUITTAL

CASE NUMBER: 3:12-cr-00254-MOC

The Defendant was found not guilty on January 10, 2013 as to counts 1 and 2. IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated.

Signed: October 21, 2016

Max O. Cogburn Jr.
United States District Judge